**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

13 - 2 042   M K

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | |
| EXTRADITION OF: | ) | Miscellaneous No. |
| | ) | |
| AVELINO CRUZ MARTINEZ, | ) | **JUDGE KNOWLES** |
| | ) | |
| | ) | **UNDER SEAL** |

## ORDER

This matter comes before the Court on the United States' Motion to Seal the Complaint, Affidavit, and Arrest Warrant. It is hereby ordered that:

The Motion is granted and the Complaint, Affidavit, and Arrest Warrant are ordered sealed, pending further order of the Court.

_____
E. CLIFTON KNOWLES
UNITED STATES MAGISTRATE JUDGE

Dated: _6/11/13_