UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF: ) ) ) AVELINO CRUZ MARTINEZ, ) ) ) | 13-2042 MK Miscellaneous No. JUDGE KNOWLES UNDER SEAL |

## ORDER

BEFORE ME, a United States Magistrate Judge for the Middle District of Tennessee, personally appeared Assistant United States Attorney Lynne T. Ingram, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that AVELINO CRUZ MARTINEZ should be apprehended and brought before this Court to the end that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184, and the Extradition Treaty between the United States and Mexico.

IT IS THEREFORE ORDERED that a warrant for the provisional arrest of AVELINO CRUZ MARTINEZ be issued. The Court also ORDERS that the complaint, this order, and the arrest warrant be placed UNDER SEAL until the arrest of the defendant or further order of this Court.

DATED: 6/11/13

E. CLIFTON KNOWLES
UNITED STATES MAGISTRATE JUDGE