UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF: | Case No. **13-mj-2042** |
| AVELINO CRUZ MARTINEZ, | JUDGE GRIFFIN |
| | UNDER SEAL |

## ORDER

This matter comes before the Court on the United States' Motion to Unseal the Complaint, Affidavit, and Arrest Warrant. It is hereby ordered that:

The Motion is granted and the Complaint, Affidavit, and Arrest Warrant are ordered unsealed, pending further order of the Court.

JULIET GRIFFIN
UNITED STATES MAGISTRATE JUDGE

Dated: June 21, 2013