AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|
| V. | |
| __AVELINO CRUZ MARTINEZ__<br>*Defendant* | Case No. 13-mj-2042 |

Upon motion of the __Government__, it is ORDERED that a detention hearing is set __Wednesday, June 26, 2013__ * at __10:00 a.m., Preliminary Hrg. Set for same time__
*Date*      *Time*

before __the Honorable E. Clifton Knowles, United States Magistrate Judge__
*Name of Judicial Officer*

in Courtroom No.661 , U.S. Courthouse, 801 Broadway, Nashville
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ and produced for the hearing.
*Other Custodial Official*

Date: __June 21, 2013__      _____
                                                                                   *Judicial Officer*

cc: AUSA Ingram
    AFPD Holley
    Probation
    Marshal

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.