IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ) <br> EXTRADITION OF: ) <br> ) <br> AVELINO CRUZ MARTINEZ ) <br> ) <br> ) <br> ) | Case No. 3:13-mj-2042 <br> Judge Trauger |

**O R D E R**

The court held a detention review hearing on August 7, 2013. For the reasons expressed on the record, it is hereby **ORDERED** that Avelino Cruz Martinez shall remain in detention, pending further order of the court.

It is so **ORDERED.**

Enter this 7th day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge